IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES, INC., | : | |
| Plaintiff, | : | Case No. 3:07CV136 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| TAMARA STRANG, aka Tamara P. Strang, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MAY 30, 2007 (Doc. #14); GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT (Doc. #12); DISMISSING DEFENDANT UNKNOWN SPOUSE, IF ANY, OF TAMARA STRANG, *aka* TAMARA P. STRANG, AS A PARTY TO THIS CASE; AND PLAINTIFF'S CLAIMS REMAIN PENDING ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on May 30, 2007 (Doc. #14) is ADOPTED in full;

2.  Plaintiff's Motion to Dismiss Defendant (Doc. #12) is GRANTED, and Defendant unknown spouse, if any, of Tamara Strang, *aka* Tamara P. Strang, 209 Forestwood Avenue, Vandalia, Ohio 45377 is DISMISSED as a party to this case; and

3.  Plaintiff's claims remain pending on the docket of this Court.

                                                */s/ Walter Herbert Rice*
                                                Walter Herbert Rice
                                                United States District Judge